United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-13184-WJ |
| Eduardo Meza | Chapter 7 |
| Bertha Meza | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2022 | Form ID: ntcpdiv | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eduardo Meza, Bertha Meza, 433 Diamond Way, Perris, CA 92571-3455 |
| 41270180 | + | GCFS, Inc., c/o Legal Department of GCFS, Inc., 4301 Secondwind Way, Ste. 100, Paso Robles, CA 93446-6304 |
| 41270182 | + | Rescomm Holding No. 2, c/o Hemar, Rousso & Heald, 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2802 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BHBGROBSTEIN.COM | Nov 02 2022 04:48:00 | Howard B Grobstein (TR), Grobstein Teeple, LLP, 9363 Magnolia Avenue, Riverside, CA 92503-3747 |
| smg | | EDI: EDD.COM | Nov 02 2022 04:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 02 2022 04:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41270181 | + | Email/Text: steph-gma@sti.net | Nov 02 2022 00:45:00 | Grant Mercantile Agency, Attn: Bankruptcy, PO Box 658, Oakhurst, CA 93644-0658 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2022         Signature:        /s/Gustava Winters

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 01, 2022 | Form ID: ntcpdiv | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Eduardo Meza bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Bertha Meza bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com C135@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Eduardo Meza
**SSN:** xxx−xx−5095
**EIN:** N/A
Bertha Meza
**SSN:** xxx−xx−7232
433 Diamond Way
Perris, CA 92571

**BANKRUPTCY NO.** 6:22−bk−13184−WJ
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before February 6, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: November 1, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**15 /**