| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS_BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**EDUARDO MEZA and**<br>**BERTHA MEZA,**<br><br><br><br><br>Debtor(s). | CASE NUMBER: **6:22-bk-13184-WJ**<br><br>CHAPTER **7**<br><br>---<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:    Rescomm Holding No. 2, LLC**

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1.  **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2.  **Deadline for Opposition Papers:**
    Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

> *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
> *"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

3.  **Type of Case:**
    a.  ☒ **A voluntary petition under Chapter**   ☒ 7  ☐ 11 ☐ 12 ☐ 13 **was filed on:**   **8/24/2022**
    b.  ☐ An involuntary petition under Chapter   ☐ 7  ☐ 11 was filed on: _____
         ☐ An order of relief under Chapter   ☐ 7  ☐ 11 was entered on: _____
    c.  ☐ An order of conversion to Chapter   ☐ 7  ☐ 11 ☐ 12  ☐ 13 was entered on: _____
    d.  ☐ Other: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Procedural Status:**
   a. ☒ **Name of trustee appointed** *(if any)*:   **Howard Grobstein** _____
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____

5. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730 (Homestead): Exemption amount claimed on schedules: **$580,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*:   **12/20/2004**
   b. Case name *(specify)*:   **Rescomm Holdings No. 2. v. Meza, Eduardo M.**
   c. Name of court:   **Los Angeles Superior Court**
   d. Docket number *(specify)*   **04CP1127**
   e. Date *(specify)*:   **3/7/2005**   and place of recordation of lien *(specify)*   **Riverside County Recorder**
   f. Recorder's instrument number *(specify)*:   **2005-0180738**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*:   **433 Diamond Way, Perris, Riverside County, CA 92571**

   b. Legal description *(specify)*:   **Lot: 10 ; Tract No: 4109 ; Abbreviated Description: LOT:10 CITY:PERRIS TR#:4109 LOT 10 MB 066/057 TR 4109 ; City/Muni/Twp: PERRIS**

   ☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: **5/18/2004**

9. Debtor alleges that the fair market value of the property claimed exempt is: **$350,000.00**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Rescomm Holding No. 2, LLC | ☒ | 3/7/2005 | $12,416.22 | $43,928.10 | 8/24/2022 |
| GCFS, Inc. | ☐ | 9/26/2006 | $23,600.33 | $76,121.16 | 8/24/2022 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
   a. ☒ **Schedule C to bankruptcy petition listing all exemptions claimed by Debtor**
   b. ☐ Appraisal of the property
   c. ☒ **Documents showing current balance due as to the liens specified in paragraph 10 above**
   d. ☒ **Recorded Abstract of Judgment**
   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
   f. ☒ **Declaration of Eduardo Meza**
   g. ☐ Other *(specify)*:

12. Total number of attached pages of supporting documentation: **23**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                             Page 2                             F 4003-2.1.AVOID.LIEN.RP.MOTION

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date:    **12/5/2022**

_____
Signature of Debtor
**Eduardo Meza**
_____
Printed name of Debtor

Date:    **12/5/2022**

_____
Signature of Joint Debtor
**Bertha Meza**
_____
Printed name of Joint Debtor

Date:    **12/13/2022**

_____
Signature of Attorney for Debtor
**Benjamin Heston**
_____
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 3                     **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

**1.  Creditor Lienholder/Servicer:  Rescomm Holding No. 2**

**2.  Subject Lien:**  Date and place of recordation of lien (*specify*): **3/7/2005; Riverside County Recorder**
Recorders instrument number or document recording number: **2005-0180738**

**3.  Collateral:**  Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

**433 Diamond Way, Perris, Riverside County, CA 92571**

**Lot: 10 ; Tract No: 4109 ; Abbreviated Description: LOT:10 CITY:PERRIS TR#:4109 LOT 10 MB 066/057 TR 4109 ; City/Muni/Twp: PERRIS**

☐ See attached page.

**4.  Secured Claim Amount**
    a.  Value of Collateral:.......................................................................................  **$350,000.00**
    b.  Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1)  First lien: .................................................................  ($_____)
        (2)  Second lien: ............................................................  ($_____)
        (3)  Third lien: ...............................................................  ($_____)
        (4)  Additional senior liens (*attach list*): ...........................  ($_____)
    c.  Amount of Debtor's exemption(s): .........................................  (**$580,000.00**)
    d.  Subtotal: .......................................................................................  (**$580,000.00**)
    e.  Secured Claim Amount (negative results should be listed as -$0-): ..............  **-$0-**

Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:**  Debtor's request to avoid the Subject Lien is granted as follows.  The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).  The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).  The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 4                              **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# EXHIBIT A

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eduardo Meza** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Bertha Meza** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **433 Diamond Way Perris, CA 92571 Riverside County**<br>Line from *Schedule A/B*: **1.1** | **$350,000.00** | ☑    **$580,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2013 Nissan Sentra 130,000 miles Value from KBB.com**<br>Line from *Schedule A/B*: **3.1** | **$3,040.00** | ☑    **$3,040.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2000 Nissan Frontier 135,000 miles Value from KBB.com**<br>Line from *Schedule A/B*: **3.2** | **$2,005.00** | ☑    **$585.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | **$300.00** | ☑    **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | **$200.00** | ☑    **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | **Eduardo Meza** |
|---|---|
| Debtor 2 | **Bertha Meza** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Social Security debit account: Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $21.00 | ■ $21.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

# EXHIBIT C

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                              Page 9                              **F 4003-2.1.AVOID.LIEN.RP.MOTION**

RECORDING REQUESTED BY

GILBERT WILKES IV

DOC # 2006-0710972
09/26/2006 08:00A Fee:18.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

WHEN RECORDED MAIL TO

NAME  GILBERT WILKES IV #178277
ATTORNEY AT LAW

MAILING   4301 SECONDWIND WAY, SUITE 110
ADDRESS  PO BOX 3410

CITY, STATE  PASO ROBLES, CA
ZIP CODE  93447-3410

PUBLIC RECORD

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 3    |      |     | ꞉-   | 5    |     |      |
| M | (A) | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |

NOTICE SENT

TITLE(S)

(23)  M
      004

ABSTRACT OF JUDGMENT
GCFS, INC., vs MEZA
Case No. TEC067886

Legal
Solutions   LS-201
& Plus

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:

GILBERT WILKES IV, BAR #178277
ATTORNEY AT LAW
4301 SECONDWIND WAY, SUITE 110
PO BOX 3410
PASO ROBLES, CA 93447-3410
800-646-4237

[X] ATTORNEY    [X] JUDGMENT    [ ] ASSIGNEE OF
    FOR              CREDITOR          RECORD

AUG 0 3 2006

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 41002 COUNTY CENTER DR., STE 100
MAILING ADDRESS:
CITY AND ZIP CODE: TEMECULA, CA 92591
BRANCH NAME: TEMECULA COURT

*FOR RECORDER'S USE ONLY*

PLAINTIFF: GCFS, INC.,

DEFENDANT: BERTHA MEZA ; EDUARDO MEZA,

CASE NUMBER:

TEC067886

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS          [ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
          Name and last known address

   ┌─────────────────────────┐
   │ BERTHA MEZA             │
   │ 433 DIAMOND WAY         │
   │ PERRIS, CA 92571        │
   └─────────────────────────┘

   b. Driver's license No. and state:                    [X] Unknown
   c. Social security No.: ████-████-7232                [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):* BERTHA MEZA
      433 DIAMOND WAY, PERRIS, CA 92571

2. [X] Information on additional judgment
       debtors is shown on page 2.
3. Judgment creditor *(name and address):* GCFS, INC.,
   a California Corporation, 4301
   Secondwind Way, Paso Robles, CA 93446
   Date: JULY 31, 2006
   GILBERT WILKES IV
            *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment
       creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

*(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 23,600.33
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* JULY 13, 2006
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE

This abstract issued on *(date):*
AUG 3 2006

10. [ ] An [ ] execution lien [ ] attachment lien
       is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           *(date):*
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: GCFS, INC., | CASE NUMBER: |
| DEFENDANT: BERTHA MEZA ; EDUARDO MEZA, | TEC067886 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:          14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.       Name and last known address          17.       Name and last known address

  EDUARDO MEZA,
  433 DIAMOND WAY
  PERRIS, CA 92571

Driver's license No. & state:                        ☒ Unknown   Driver's license No. & state:          ☐ Unknown
Social security No.: ▇▇▇▇-5095                        ☐ Unknown   Social security No.:                   ☐ Unknown
Summons was personally served at or mailed to *(address)*:   Summons was personally served at or mailed to *(address)*:

EDUARDO MEZA
433 DIAMOND WAY
PERRIS, CA 92571

18.       Name and last known address          19.       Name and last known address

Driver's license No. & state:                        ☐ Unknown   Driver's license No. & state:          ☐ Unknown
Social security No.:                                 ☐ Unknown   Social security No.:                   ☐ Unknown
Summons was personally served at or mailed to *(address)*:   Summons was personally served at or mailed to *(address)*:

20.       Name and last known address          21.       Name and last known address

Driver's license No. & state:                        ☐ Unknown   Driver's license No. & state:          ☐ Unknown
Social security No.:                                 ☐ Unknown   Social security No.:                   ☐ Unknown
Summons was personally served at or mailed to *(address)*:   Summons was personally served at or mailed to *(address)*:

22. ☐ Continued on Attachment 22.

This must be in red to be a
"CERTIFIED COPY"

I hereby certify the foregoing instrument to
which this stamp has been affixed consisting
of _____ pages to be a full, true and
correct copy of the original on file and
of record in my office.

Assessor · County Clerk · Recorder
County of Riverside, State of California
Dated: DEC 0 7 2022

Certification must be in red to be a
"CERTIFIED COPY"

# EXHIBIT D

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 10                                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**RECORDING REQUESTED BY**

**DOC # 2005-0180738**
03/07/2005 08:00A Fee:18.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder



**WHEN RECORDED MAIL TO**

NAME   JENIFER A. HENDERSHOT SBN
210753

MAILING   LAW OFFICES OF HEMAR, ROUSSO & H
ADDRESS   15910 Ventura
Boulevard, 12th Floor
CITY, STATE   Encino, California 91436
ZIP CODE

# PUBLIC RECORD

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC |
|---|---|---|------|------|-----|------|-------|-----|------|
|   |   |   | 3    |      |     |      |       |     |      |
|   |   |   |      |      |     | 1    |       |     |      |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

**C**
**SG**

## T I T L E(S)

ABSTRACT OF JUDGMENT
RESCOMM HOLDINGS v. EDUARDO M. MEZA

Legal
Solutions
& Plus   LS-20

EJ-001

**ORIGINAL**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: |
|---|---|

[X] Recording requested by and return to: (818) 501-3800
JENIFER A. HENDERSHOT/BAR NO. 210753
HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD
12TH FLOOR
ENCINO, CA 91436

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: PASADENA COURTHOUSE
MAILING ADDRESS: 300 E. WALNUT STREET
CITY AND ZIP CODE: PASADENA, CA 91101
BRANCH NAME: NORTHEAST DISTRICT

*FOR RECORDER'S USE ONLY*

PLAINTIFF: RESCOMM HOLDINGS NO.2,LLC, a limited liability company

DEFENDANT: EDUARDO M. MEZA aka EDUARDO MEZA aka EDUARDO M. GUERRA,
individually and dba THREE STAR AUTO SALES aka THREE STAR AUTO

| ABSTRACT OF JUDGMENT    [ ] Amended | CASE NUMBER: |
|---|---|
| | 04C01127 |

1. The [X] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌ EDUARDO M. MEZA aka EDUARDO MEZA dba ┐
     THREE STAR AUTO SALES aka THREE STAR AUTO
     433 DIAMOND WAY
   └ PERRIS, CA 92316 ┘

   *FOR COURT USE ONLY*

   *NOTIFICATION MAILED USA POSTAL SERVICE*

   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: ▮▮▮-5095 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):* EDUARDO M. MEZA aka EDUARDO MEZA
      aka EDUARDO M. GUERRA, individually and dba THREE STAR AUTO SALES aka THREE
      STAR AUTO, 433 DIAMOND WAY, PERRIS, CA 92316
   e. [ ] Original abstract recorded in this county:    f. [ ] Information on additional judgment debtors is
      (1) Date:                                             shown on page two.
      (2) Instrument No.:

Date: JANUARY 17, 2005

JENIFER A. HENDERSHOT
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
      of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*
   RESCOMM HOLDINGS NO.2,LLC, a limited liability company c/o
   HEMAR, ROUSSO & HEALD, LLP, 15910 VENTURA BLVD., 12TH FLR. ENCINO, CA 91436
4. Judgment debtor *(full name as it appears in judgment):*
   EDUARDO M. MEZA aka EDUARDO MEZA aka
   EDUARDO M. GUERRA, individually and dba
   THREE STAR AUTO SALES aka THREE STAR
   AUTO, DOES 1-100, inclusive,

6. Total amount of judgment as entered or last renewed:
   $ 12,416.22
7. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

[SEAL - SUPERIOR COURT LOS ANGELES COUNTY CALIFORNIA]

5. a. Judgment entered on
      *(date):* 12/20/2005
   b. Renewal entered on
      *(date):*

   This abstract issued on *(date):*
   FEB 24 2006

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
      *(date):*
9. [ ] This judgment is an installment judgment.
   JOHN A. CLARKE    JESUS ARROYO
   Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

Legal Solutions Plus

Code of Civil Procedure, §§ 488.480,
674, 700.190
Page 1 of 2

| PLAINTIFF: RESCOMM HOLDINGS NO.2,LLC, a limited liability company | CASE NUMBER: |
|---|---|
| DEFENDANT: EDUARDO M. MEZA aka EDUARDO MEZA aka EDUARDO M. GUERRA, individually and dba THREE STAR AUTO SALES aka THREE STAR AUTO | 04C01127 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**14.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**11.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**15.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**12.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**16.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**13.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**17.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

**18.** ☐ Continued on Attachment 18.

This must be in red to be a
"CERTIFIED COPY"

I hereby certify the foregoing instrument to
which this stamp has been affixed consisting
of ___2___ pages to be a full, true and
correct copy of the original on file and
of record in my office.

Assessor - County Clerk - Recorder

County of Riverside, State of California

DEC 0 7 2022

Dated:

Certification must be in red to be a
"CERTIFIED COPY"

# EXHIBIT F

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 11                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**NEXUS_BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDUARDO MEZA and<br><br>BERTHA MEZA<br><br>           Debtors. | Case No: **6:22-bk-13184-WJ**<br><br>**Chapter 7**<br><br>**DECLARATION OF EDUARDO MEZA IN SUPPORT OF MOTION TO AVOID LIEN ON REAL PROPERTY** |

I, Eduardo Meza, declare as follows:

1. I am a debtor in the above-captioned bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I own the property located at 433 Diamond Way, Perris, Riverside County, CA 92571 and have lived there since I purchased it in 2004.

3. Based on my own knowledge of my property and sales of similar properties in the area, I believe that the property had a value of $350,000 as of August 24, 2022.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 5, 2022

EDUARDO MEZA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle #100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/13/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard B Grobstein (TR)    hbgtrustee@gtllp.com, C135@ecfcbis.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **12/13/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| The Honorable Wayne E. Johnson<br>3420 Twelfth Street<br>Suite 384 / Courtroom 304<br>Riverside, CA 92501 | Certified Mail<br>Rescomm Holding No. 2, LLC<br>c/o Hemar, Rousso, & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436 | Certified Mail<br>GCFS, Inc.<br>c/o Legal Department of GCFS, Inc.<br>4301 Secondwind Way, Suite 110<br>Paso Robles, CA 93447-3410 |
|---|---|---|

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/13/2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

NOV 1 6 2015

**EJ-195**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* TELEPHONE NO.:<br>BRIGHTON HUSHING-KLINE , 257399 ; GARY A BEMIS, 92508<br>LEGAL DEPARTMENT OF GCFS, INC.<br>4301 SECONDWIND WAY STE 110<br>PO BOX 3410<br>PASO ROBLES CA 93447-3410<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY<br><br>F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>NOV 1 6 2015<br><br>I. SIRACUSA |

NAME OF COURT: SUPERIOR COURT OF CA COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN ST
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE CA 92501
BRANCH NAME: CIVIL DIVISION

PLAINTIFF: GCFS, INC., a California corporation

DEFENDANT: BERTHA MEZA; EDUARDO MEZA

| | |
|---|---|
| **NOTICE OF RENEWAL OF JUDGMENT** | CASE NUMBER:<br>TEC067886 |

AL S

NOV 2 3 2015

R

TO JUDGMENT DEBTOR *(name):* BERTHA MEZA; EDUARDO MEZA

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date: NOV 1 6 2015

Clerk, by _____ I. Siracusa _____ , Deputy

[SEAL]

| |
|---|
| See CCP 683.160 for information on method of service |

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



BA20220513056



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20220513056 |
| Date Filed: 7/13/2022 |

B0906-4362  07/13/2022  3:25 PM Received by California Secretary of State

---

**Entity Details**

| | |
| --- | --- |
| Corporation Name | GCFS, INC. |
| Entity No. | 0705693 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 3091 GOVERNORSR LAKE DRIVE<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 3091 GOVERNORSR LAKE DRIVE<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 4301 SECONDWIND WAY<br>PASO ROBLES, CA 93446 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| MATTHEW MALONEY | 3091 GOVERNORS LAKE DRIVE<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 | Chief Executive Officer |
| MARY MALONEY | 3091 GOVERNORS LAKE DRIVE<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 | Secretary |
| ROBERT CHALAVOUTIS | 3091 GOVERNORS LAKE DR<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| MARY MALONEY | 3091 GOVERNORS LAKE DRIVE<br>SUITE 500<br>PEACHTREE CORNERS, GA 30071 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | NANCY EDRINGTON |
| Agent Address | 4301 SECONDWIND WAY<br>PASO ROBLES, CA 93446 |

**Type of Business**

| Type of Business | COLLECTION AGENCY |
| --- | --- |

**Email Notifications**

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| --- | --- |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

_Nancy Edrington_

Signature

_07/13/2022_

Date

B0906-4363  07/13/2022  3:25 PM Received by California Secretary of State

California
Secretary of State

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ? starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### Advanced Search

*An Advanced search is required when*

RESCOMM HOLDINGS NO. 2, LLC
(200403510099)



Request
Certificate

| | |
|---|---|
| Initial Filing Date | **12/08/2003** |
| Status | **Terminated** |
| Standing - SOS | **Good** |
| Standing - FTB | **Good** |
| Standing - Agent | **Good** |
| Standing - VCFCF | **Good** |
| Inactive Date | **12/29/2009** |
| Formed In | **NORTH CAROLINA** |
| Entity Type | **Limited Liability Company - Out of State** |
| Principal Address | **6701 CARMEL RD STE 110 CHARLOTTE, NC 28226** |
| Mailing Address | **N/A** |
| ⚠ *Statement of Info Due Date* | **01/01/0001** |
| Agent | **1505 Corporation 112 C T CORPORATION SYSTEM 28 LIBERTY STREET NEW YORK, NY 10005** |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD |

LLC-4/7



# State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### CERTIFICATE OF CANCELLATION

**FILED**
In the office of the Secretary of State
of the State of California

DEC 29 2009

There is no fee for filing a Certificate of Cancellation.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br><br>200403510099 | 2. Name of Limited Liability Company<br><br>*Rescomm Holdings No. 2, LLC* |

**TAX LIABILITY** (The following statement should not be altered.)

3. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, or a final annual tax return, as described by Section 17947 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

**DISSOLUTION** (Domestic limited liability companies ONLY· Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) pursuant to Corporations Code section 17356(a) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members.    ☐ YES    ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

| Signature of Authorized Person | 12-11-09 Date | *Arthur E. Kechijian, President* Type or Print Name and Title of Authorized Person |
|---|---|---|
| Signature of Authorized Person | 12/11/09 Date | *Larry E. Austin, Sr. Executive VP* Type or Print Name and Title of Authorized Person |

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

7. NAME    *Scott E. Hoehn*

FIRM    *Rescomm Holdings No 2, LLC*

ADDRESS    *PO Box 411827*

CITY/STATE/ZIP    *Charlotte, NC   28247*

| LLC-4/7 (REV 09/2006) | APPROVED BY SECRETARY OF STATE |
|---|---|

📞 +(818) 501-3800    ✉ info@hrhlaw.com    🔍 Search    🔍

# Contact Us



## WE'D LOVE TO HEAR FROM YOU,
## GET IN TOUCH WITH US!

For general inquiries regarding our firm, please feel free to fill out the form below. It is our goal to become a long term trusted resource for each and every one of our clients, through consistent communication, outstanding representation, and effective advocacy. We look forward to working with you.

**Name**

_____

First

_____

Last

**Email**

_____

**Phone**

_____

**Message**

_____

15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800 (tel:(818) 501-3800)
Facsimile: (818) 501-2985

|                |
|----------------|
| SUBMIT         |





Hemar, Rousso & Heald, LLP has practiced for more than thirty-five years in one specialty: Creditors' Rights. Our firm represents creditors in every arena throughout California in state and federal courts.

**HEMAR, ROUSSO & HEALD, LLP**

15910 Ventura Boulevard
12th Floor
Encino, CA 91436

Telephone: (818) 501-3800 (tel:8185013800)
Facsimile: (818) 501-2985 (tel:818501298)

Our Firm (https://www.hrhlaw.com/our-firm/)

Practice Areas (https://www.hrhlaw.com/practice-areas/)

Attorneys (https://www.hrhlaw.com/attorneys/)

Ancillary Services

Contact Us (https://www.hrhlaw.com/contact-us/)

Privacy Statement (https://www.hrhlaw.com/privacy-statement/) | Terms of Use (https://www.hrhlaw.com/terms-of-use/) | Accessibility Statement (https://www.hrhlaw.com/accessibility-statement/)
Copyright 2022 Hemar, Rousso & Heald, LLP All Rights Reserved

Privacy · Terms