SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GCFS, INC.
C/O LEGAL DEPARTMENT OF GCFS, INC.
4301 SECONDWIND WAY, SUITE 110
PASO ROBLES CA 93447-3410

9590 9402 7865 2234 3449 94

2. Article Number (Transfer from service label) 9922 2410 0002 6237 9300

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) A. Arreola C. Date of Delivery 12/16

D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☒ No

3. Service Type: ☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

UNITED STATES POSTAL SERVICE — First-Class Mail Postage & Fees Paid USPS Permit No. G-10

9590 9402 7865 2234 3449 94

• Sender: Please print your name, address, and ZIP+4® in this box •

7332163268-6:22-bk-13184-WJ-EDUARDO MEZA
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach CA 92660

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:

RESCOMM HOLDING NO. 2, LLC
C/O HEMAR, ROUSSO, & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO CA 91436

9590 9402 7865 2234 3449 56

2. Article Number (Transfer from service label) 9922 2410 0002 6237 9263

COMPLETE THIS SECTION ON DELIVERY

C. Date of Delivery 12/16/22

D. Is delivery address different from item 1? ☒ No

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

UNITED STATES POSTAL SERVICE — First-Class Mail Postage & Fees Paid USPS Permit No. G-10

9590 9402 7865 2234 3449 56

• Sender: Please print your name, address, and ZIP+4® in this box •

7332163265-6:22-BK-13184-WJ-EDUARDO MEZA
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach CA 92660

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:

RESCOMM HOLDING NO. 2, LLC
C/O HEMAR, ROUSSO, & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO CA 91436

9590 9402 7865 2234 3449 87

2. Article Number (Transfer from service label) 9922 2410 0002 6237 9294

COMPLETE THIS SECTION ON DELIVERY

C. Date of Delivery 12/16/22

D. Is delivery address different from item 1? ☒ No

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

UNITED STATES POSTAL SERVICE — First-Class Mail Postage & Fees Paid USPS Permit No. G-10

9590 9402 7865 2234 3449 87

• Sender: Please print your name, address, and ZIP+4® in this box •

7332163268-6:22-bk-13184-WJ-EDUARDO MEZA
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach CA 92660

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:

GCFS, INC.
C/O LEGAL DEPARTMENT OF GCFS, INC.
4301 SECONDWIND WAY, SUITE 110
PASO ROBLES CA 93447-3410

9590 9402 7865 2234 3449 63

2. Article Number (Transfer from service label) 9922 2410 0002 6237 9270

COMPLETE THIS SECTION ON DELIVERY

B. Received by (Printed Name) A. Arreola C. Date of Delivery 12/16

D. Is delivery address different from item 1? ☒ No

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

UNITED STATES POSTAL SERVICE — First-Class Mail Postage & Fees Paid USPS Permit No. G-10

PASO ROBLES CA 93446 DEC 16 2022 USPS

9590 9402 7865 2234 3449 63

• Sender: Please print your name, address, and ZIP+4® in this box •

7332163265-6:22-BK-13184-WJ-EDUARDO MEZA
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach CA 92660

