**NEXUS_BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDUARDO MEZA and<br>BERTHA MEZA,<br><br>         Debtors | Case No: 6:22-bk-13184-WJ<br><br>**CHAPTER 7**<br><br>**MOTION TO DELAY CASE CLOSURE** |

On November 1, 2022, the Chapter 7 Trustee filed a Notice of Assets.

On January 27, 2023, the Chapter 7 Trustee filed a Report of No Distribution.

In the interim, Debtors filed two Motion to Avoid Liens, which were denied on [Date], in part, due to the fact that the property had not been appraised. Due to several factors, nearly all of the appraisers who have been contacted throughout this process said it would be extremely difficult to appraise the property. As of January 26, 2023, Debtors have retained an appraiser who will likely be doing the on-site inspection within a week and preparing the appraisal report within approximately one week afterward.

Since the entry of the No Asset Report and the denial of the original Motions to Avoid Lien, there are no matters currently pending. It is respectfully requested that the case remain open for a period of approximately 30 days to ensure that they are able to re-file the Motions.

Date: January 27, 2023

                             _____
                             BEN HESTON,
                             Attorney for Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28