**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDUARDO MEZA and<br><br>BERTHA MEZA<br><br>Debtors. | **Case No: 6:22-bk-13184-WJ**<br><br>**Chapter 7**<br><br>**VOLUNTARY DISMISSAL OF MOTION TO DELAY CASE CLOSURE** |

     On January 27, 2023, Debtors filed a Motion to Delay Case Closure on the basis that they needed to refile their Motions to Avoid Liens and there was no other matters pending. It took some time for Debtors to gather the funds necessary for the appraisal, schedule the appraisal, and scan their signatures pages to send to their Counsel. These Motion have now been prepared and will be filed on March 2, 2023. Due to Counsel being out of town, the Motions will be served on creditors on March 6, 2023.

     It is respectfully requested that the Motion filed as docket #28 be withdrawn.

Date: March 2, 2023

                                                      BENJAMIN HESTON,
                                                      Attorney for Debtors