# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN ON REAL PROPERTY (GCFS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/2/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard B Grobstein (TR) - hbgtrustee@gtllp.com, C135@ecfcbis.com

United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 3/13/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/13/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**Gilbert Wilkes IV**
4301 Secondwind Way
Paso Robles, CA 93446-3410

**Brighton Hushing-Kline**
**Legal Department of GCFS, Inc.**
4301 Secondwind Way, Ste 110
PO Box 3410
Paso Robles, CA 93447-3410

**Gary A. Bemis**
**Legal Department of GCFS, Inc.**
4301 Secondwind Way, Ste 110
PO Box 3410
Paso Robles, CA 93447-3410

**Matthew Maloney**
**CEO of GCFS, Inc.**
3091 Governors Lake Drive, Suite 500
Peachtree Corners, GA 30071

**Matthew Maloney**
**CEO of GCFS, Inc.**
4301 Secondwind Way
Paso Robles, CA 93446-3410

**GCFS, Inc.**
**c/o Nancy Edrington**
**agent for service of process**
4301 Secondwind Way
Paso Robles, CA 93446

**Jennifer A. Hendershot**
**Hemar, Rousso, & Heald, LLP**
15910 Ventura Blvd, 12th Floor
Encino, CA 91436

**Jennifer A. Hendershot**
3801 Northpoint Dr
Marietta, GA 30062-6912

**Arthur Kechijian**
**President, Rescomm Holdings No. 2, LLC**
6701 Carmel Road, Suite 110
Charlotte NC 28226

**Scott Hoehn**
**Rescomm Holdings No. 2, LLC**
PO Box 471827
Charlotte, NC 28247