United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-13184-WJ |
| Eduardo Meza | Chapter 7 |
| Bertha Meza | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eduardo Meza, Bertha Meza, 433 Diamond Way, Perris, CA 92571-3455 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Bertha Meza bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Eduardo Meza bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com  C135@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951-290-2827<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 10 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION** ||
| In re:<br><br>EDUARDO MEZA and<br>BERTHA MEZA,<br><br>Debtors. | CASE NUMBER: 6:22-bk-13184-WJ<br><br>CHAPTER: 7<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| Creditor Holding Lien to be Avoided: GCFS, Inc. ||

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), the debtors have filed a motion to avoid a judicial lien of GCFS, Inc. on real property claimed to be exempt (docket entry number 30). No one opposed the motion and the deadline to do so has passed. Therefore, the motion is granted as follows. The abstract of judgment of GCFS, Inc. recorded on September 26, 2006 with the county recorder for Riverside County as instrument 2006-0710972 is void and unenforceable with respect to the real property located at 433 Diamond Way, Perris, Riverside County, CA 92571 ("Property"). The lien created by the abstract of judgment no longer attaches to the Property and can no longer be enforced against the Property. However, this order does not invalidate or prevent the enforcement of the abstract of judgment or any lien arising from it against any other property other than the Property.

IT IS SO ORDERED.

Date: April 10, 2023

                                                                                     */s/ Wayne Johnson*
                                                                                  Wayne Johnson
                                                                                  United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*          Page 1          **F 4003-2.1.AVOID.LIEN.RP.ORDER**